UNITED STATES of America,
Plaintiff—Appellee,

v.

Brian Antwanine JOHNSON, a/k/a Fudd, Defendant—Appellant.

No. 08–8265.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 23, 2009.

Decided: May 1, 2009.

Brian Antwanine Johnson, Appellant Pro Se. Gordon D. Kromberg, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Antwanine Johnson appeals from the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Johnson,* No. 1:98–cr–00283–LMB–1 (E.D.Va. Oct. 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*